UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RALPH RANDY CLAYTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES LIZER JR., FINSTER COURIER INC., d/b/a ELITE EXPRESS and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:18-CV-00254-CWD<br><br>**ORDER OF DISMISSAL** |

　　　In consideration of the parties' Stipulation for Dismissal with Prejudice (Dkt. 13), and good cause appearing therefor, it is hereby ordered, adjudged and decreed that the Stipulation for Dismissal is approved, and this case is dismissed, with prejudice, with each party to bear its own attorney fees and costs.

　　　It is further ordered that the Clerk close this case.

DATED: November 09, 2018

_____
Candy W. Dale
U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**